IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH WALLACE,

Plaintiff,

v.

DSG MISSOURI, LLC,

Defendant.

Case No. 15-cv-923 JPG/SCW

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: September 21, 2016**      JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray*, **Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**